UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN V. MACKOVICH,<br><br>Plaintiff,<br><br>v.<br><br>LANDANSLAGER, et al.,<br><br>Defendants. | 1: 05 CV F 0784 OWW DLB P<br><br>ORDER DISMISSING ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br>(DOC # 5) |

      Plaintiff is a prisoner in federal custody at U.S.P. Atwater and is proceeding pro se. Plaintiff has filed a civil rights complaint and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

      On July 15, 2005, plaintiff filed a document entitled "Motion to Withdraw Civil Suit." In his motion, plaintiff states that he wishes to dismiss this action in order to pursue a Federal Tort Claim. Pursuant to Federal Rule of Civil Procedure 41(a), an action may be dismissed by plaintiff by filing a notice of dismissal before service by the adverse party of an answer or of a motion for summary judgment. None of the defendants named in this action have been served with the complaint, thus they have not filed an answer or other responsive pleading.

      Accordingly, this action is DISMISSED pursuant to plaintiff's notice of voluntary dismissal

1 | and the Clerk of Court is directed to close the file in this action.

2 | IT IS SO ORDERED.

3 | **Dated:   August 1, 2005**              _____/s/ Oliver W. Wanger_____
emm0d6                                      UNITED STATES DISTRICT JUDGE